UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TAMMY LYNN CICERO

VERSUS

CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

NO. 12-279-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 26, 2014 (doc. no. 15) to which no objection has been filed.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the final decision of Carolyn W. Colvin, Acting Commissioner of Social Security, denying the application of plaintiff Tammy Lynn Cicero for disability insurance and supplemental security income benefits are affirmed, and this action is DISMISSED.

Baton Rouge, Louisiana, this 28th day of April, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA